UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| INTERNATIONAL CONSTRUCTION | ) | Case No.: |
| EQUIPMENT, INC. | ) | Civil Action |
|     Plaintiff | ) | |
| | ) | |
| versus | ) | Section |
| | ) | Judge |
| LABORDE CONSTRUCTION | ) | |
| INDUSTRIES, L.L.C. | ) | |
|     Defendant | ) | Division |
| | ) | Magistrate Judge: |

# COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, International Construction Equipment, Inc., who for its Complaint respectfully avers:

## The Parties

1.

Plaintiff, International Construction Equipment, Inc., ("I.C.E."), is a North Carolina corporation with its principal place of business in Matthews, North Carolina. I.C.E. transacted business in this District by contracting to rent equipment to Defendant, Laborde Construction Industries, L.L.C., in East Baton Rouge Parish, Louisiana.

1

2.

Named Defendant, Laborde Construction Industries, L.L.C. (Laborde Construction), is a Louisiana limited liability company with its principal place of business in Baton Rouge, Louisiana.

**Jurisdiction & Venue**

3.

This Court has jurisdiction pursuant to 28 U.S.C. § 1332.  The parties are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

4.

Venue is appropriate in this Court pursuant to 28 U.S.C. § 98(b).

**Background**

5.

I.C.E. is a North Carolina business that specializes in selling and leasing pile driving, drilling, and deep foundation equipment.

6.

On or about July 9, 2014, Laborde Construction entered into an Equipment Rental Agreement with I.C.E. to rent an I-30 v2 Diesel Hammer, power unit, fixed extended open style box leads, and miscellaneous parts ("equipment") for $12,871.88 per month.  A copy of the Equipment Rental Agreement is attached as Exhibit A.

7.

Laborde Construction rented the equipment for 90 days.  Laborde Construction made partial payment, but still owes I.C.E. for two months of rental for a total of $25,743.76.  A copy of the rental invoices is attached as Exhibit B.

8.

On or about August 27, 2014, Laborde Construction returned the equipment to I.C.E.  Upon its return, I.C.E. discovered that the equipment was severely damaged and unusable in its current state.  Laborde Construction owes I.C.E. $36,692.40 for the repairs, as well as all amounts due for the diminution of value of the equipment, loss of use and other related damages.  A copy of the repair invoice is attached as Exhibit C.

9.

On May 26, 2015, I.C.E. sent Laborde Construction demand for payment in accordance with La. R.S. §9:2781.  More than thirty (30) business days have passed since receipt of the correspondence by Laborde Construction, but no payments have been received.  A copy of the referenced correspondence, with return receipts, is attached collectively as Exhibit D.

10.

Accordingly, in addition to the principal balance owed on the open account, Laborde Construction is entitled to all repair costs, loss of use, diminution of value, damages, interest, costs, and reasonable attorney's fees for the prosecution and collection of this claim.

WHEREFORE, Plaintiff, International Construction Equipment, Inc., respectfully prays that its Complaint be deemed good and sufficient, and that Defendant, Laborde Construction Industries, L.L.C., be duly served and summoned with a copy of this Complaint, and that it be made to appear and answer same within the delays allowed by law, and that after all due and

legal proceedings are had herein, for the reasons set forth herein, that there be judgment entered in favor of Plaintiff and against Defendant, in an amount that is reasonable under the premises, and together with all costs of these proceedings, attorney's fees, prejudgment and post judgment interest, and for all general and equitable relief.

          Respectfully submitted,

          ___*/s/ Joseph S. Piacun*_____
          JOSEPH S. PIACUN  (25211)
          THOMAS A. GENNUSA, II (6010)
          REID S. UZEE (31345)
          Gennusa, Piacun & Ruli
          4405 North I-10 Service Road, Suite 200
          Metairie, Louisiana 70006-6564
          Telephone: (504) 455-0442
          Facsimile: (504) 455-7565
          Email: jpiacun@gprlawyers.com
          **Attorneys for Plaintiff,**
          **International Construction Equipment, Inc.**