UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| INTERNATIONAL CONSTRUCTION EQUIPMENT, INC. </br>   Plaintiff | ) </br> ) </br> ) </br> ) | Case No.: 15-433 </br> Civil Action |
| versus | ) </br> ) | Judge Dick |
| LABORDE CONSTRUCTION INDUSTRIES, L.L.C. </br>   Defendant | ) </br> ) </br> ) </br> ) | Magistrate Judge: Riedlinger |

## **AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, International Construction Equipment, Inc., who amends its Complaint as follows:

1.

Upon information and belief, John Laborde and Thomas Laborde are members of named Defendant, Laborde Construction Industries, L.L.C., are persons of the full age of majority, and are citizens of the State of Louisiana.

2.

Plaintiff re-alleges and re-avers all allegations contained in its original Complaint as if copied herein in extenso.

WHEREFORE, Plaintiff, International Construction Equipment, Inc., respectfully prays that its Amended Complaint be deemed good and sufficient, and that for the reasons stated herein,

1

and for the reasons previously asserted in its original Complaint, that Judgment be entered in favor of Plaintiff, and against Defendant, in an amount that is reasonable under the premises, and together with all costs of these proceedings, attorney's fees, prejudgment and post judgment interest, and for all general and equitable relief.

        Respectfully submitted,

        */s/ Joseph S. Piacun*
        JOSEPH S. PIACUN  (25211)
        THOMAS A. GENNUSA, II (6010)
        REID S. UZEE (31345)
        Gennusa, Piacun & Ruli
        4405 North I-10 Service Road, Suite 200
        Metairie, Louisiana 70006
        Telephone: (504) 455-0442
        Facsimile: (504) 455-7565
        Email: jpiacun@gprlawyers.com
        **Attorneys for Plaintiff,**
        **International Construction Equipment, Inc.**

        Certificate of Service

I certify that on July 22, 2015, I served a copy of this *Amended Complaint* on all counsel through the Court's CM/ECF electronic filing system.

        */s/ Joseph S. Piacun*