UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| INTERNATIONAL CONSTRUCTION EQUIPMENT, INC. | ) ) | Case No.: 15-433-SDD-EWD |
| Plaintiff | ) ) | CIVIL ACTION |
| versus | ) ) | |
| LABORDE CONSTRUCTION INDUSTRIES, L.L.C. | ) ) | |
| Defendant | ) ) | |

# CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, International Construction Equipment, Inc., who pursuant to F.R.C.P. 7.1 certifies that it is a privately held corporation. As such, there are no parent corporations or any publicly held corporation owning 10% or more of its stock.

1

Respectfully submitted,

*/s/ Jeffrey S. Gennusa*
JOSEPH S. PIACUN  (25211)
THOMAS A. GENNUSA, II (6010)
JEFFREY S. GENNUSA (33142)
Gennusa, Piacun & Ruli
4405 North I-10 Service Road, Suite 200
Metairie, Louisiana 70006
Telephone: (504) 455-0442
Facsimile: (504) 455-7565
Email: jgennusa@gprlawyers.com
**Attorneys for Plaintiff,**
**International Construction Equipment, Inc.**

Certificate of Service

I certify on March 11, 2016, I served a copy of the *Corporate Disclosure Statement* on the following non-CM/ECF participants: John Laborde either by facsimile or by placing a copy of same in the United States mail, properly addressed and first class postage prepaid.

*/s/ Jeffrey S. Gennusa*